# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 143 MAL 2016

          Respondent           :

                    :   Petition for Allowance of Appeal from
                    :   the Order of the Superior Court

          v.               :

DEBORAH ANNE KEELEY,       :

          Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.